# Court of Appeals
# of the State of Georgia

ATLANTA,    July 26, 2013

*The Court of Appeals hereby passes the following order:*

**A13A2148.  BRANDON KING v. THE STATE.**

Brandon King pled guilty to criminal attempt to commit robbery, and the trial court entered sentence on February 27, 2012.  On December 31, 2012, King filed a notice of appeal from the court's sentencing order.

A notice of appeal must be filed within 30 days of the trial court's entry of the order to be appealed.  See id.; see also OCGA § 5-6-38 (a).  The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction upon this Court.  See *Couch v. United Paperworkers Intl. Union*, 224 Ga. App. 721 (482 SE2d 704) (1997).  Here, however, King filed his notice of appeal 308 days after entry of the order he seeks to appeal.  Accordingly, we lack jurisdiction to consider King's appeal, which is hereby DISMISSED.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta, 07/26/2013
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*



_____ , Clerk.